UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:     CHAPTER 7 CASE

Kenneth W Baker     CASE NO. 10-42473
Betty Baker
         Debtors.     ORDER

_____

     This case came before the court on the motion of US Bank N.A., seeking relief from the stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

     1. The movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated January 25, 2008, executed by David E Baker and Charity A Baker husband and wife , covering real estate located in Licking County, Ohio, legally described as:

     Lot No 228 Southgate No 3

and may pursue its remedies under state law in connection with the mortgage deed.

     2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: June 24, 2010

                                /e/ Nancy C. Dreher
                                _____
                                Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/25/2010*
Lori Vosejpka, Clerk, By KK, Deputy Clerk